**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR EMERSON NOLASCO ARGUETA, | Case No. 5:26-cv-01687-JLS-E |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| SECRETARY OF HOMELAND SECURITY, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:

(1) the Report and Recommendation is accepted and adopted;

(2) the Petition is granted in part;

(3) Respondents shall, no later than **seven (7) days** from the entry of this Order, provide Petitioner with an opportunity for a bond hearing before an immigration judge at which the burden will be on the Government to justify Petitioner's detention through proof by clear and convincing evidence that Petitioner is an unacceptable danger or an unacceptable risk of flight; and

(4) Within **ten (10) days** of this Order, Respondents shall lodge a status report with the

Court detailing if and when the hearing occurred, if bond was granted or denied, and, if bond was denied, provide the Court with a transcript (or recording) of the bond hearing along with the reasons for denial.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondents.

DATED: June 3, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE