**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OSCAR EMERSON NOLASCO ARGUETA,

Petitioner,

v.

SECRETARY OF HOMELAND SECURITY, ET AL.,

Respondents.

No. ED CV 26-1687-JLS(E)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Second Report and Recommendation to which objections have been made. The Court accepts and adopts the Magistrate Judge's Second Report and Recommendation.

IT IS ORDERED that: (1) the Second Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered denying Petitioner's requests for further habeas relief.

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Second Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 27, 2026.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE