JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR EMERSON NOLASCO ARGUETA,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HOMELAND SECURITY, ET AL.,<br><br>Respondents. | No. ED CV 26-1687-JLS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that Petitioner's requests for further habeas relief are denied.

DATED: July 27, 2026.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE